**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL T. MILES | : | |
| KAREN D. MILES | : | |
| | : | |
| DEBTORS | : | NO. 19- |

## CERTIFICATION REGARDING PAYMENT ADVICES PURSUANT TO 11 U.S.C. SECTION 521(a)(1)(B)(iv)

We, Michael T. Miles and Karen D. Miles, debtors, affirm that we are retired.

Attached hereto are payment advices for Mr. Miles received within the last 60 days for part-time work that ended in February 2019.

In addition, we have provided documentation regarding Social Security benefits and pension income (see attached).

We hereby verify that the statements made above are true and correct to the best of our knowledge, information and belief and that these statements are made subject to the penalties of 18 Pa. C.S.A. Section 4904 relating to unsworn falsification to authorities.

Date: 2/25/19

                                                        Michael T. Miles

Date: 2/25/19

                                                        Karen D. Miles

**PERSONAL AND CHECK INFORMATION**
MICHAEL T MILES
214 ARDMORE AVENUE
ARDMORE, PA 19003

Soc Sec #: XXX-XX-XXXX    Employee ID: 3165
Hire Date: 01/25/17
Status:
Filing Status:
Federal: Married, 1
State: PA, Married, 1
Br/Dept: 410/800

Pay Period: 12/14/18 to 12/27/18
Check Date: 12/27/18    Check #: 626483

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 321.19 | 5428.11 |
| Net Pay | 321.19 | 5428.11 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 10.00 | 36.0000 | 360.00 | 169.00 | 6084.00 |
| HOURS WORKED | 10.00 | | | 169.00 | |
| ADJ EARNINGS | | | 360.00 | | 6084.00 |
| GROSS EARNINGS | 10.00 | | 360.00 | 169.00 | 6084.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| OASDI | 22.32 | 377.23 |
| MEDICARE | 5.22 | 88.24 |
| STATE W/H PA | 11.05 | 186.79 |
| STATE SUI PA | 0.22 | 3.63 |
| TOTAL | 38.81 | 655.89 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 321.19 | 5428.11 |

*Payrolls by Paychex, Inc.*
**0426-T612** TOWNSHIP OF HAVERFORD

**PERSONAL AND CHECK INFORMATION**
MICHAEL T MILES
214 ARDMORE AVENUE
ARDMORE, PA 19003

Soc Sec #: XXX-XX-XXXX    Employee ID: 3165
Hire Date: 01/25/17
Status:
Filing Status:
Federal: Married, 1
State: PA, Married, 1
Br/Dept: 410/800

Pay Period: 12/28/18 to 01/10/19
Check Date: 01/10/19    Check #: 626575

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 96.35 | 96.35 |
| Net Pay | 96.35 | 96.35 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 3.00 | 36.0000 | 108.00 | 3.00 | 108.00 |
| HOURS WORKED | 3.00 | | | 3.00 | |
| ADJ EARNINGS | | | 108.00 | | 108.00 |
| GROSS EARNINGS | 3.00 | | 108.00 | 3.00 | 108.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| OASDI | 6.70 | 6.70 |
| MEDICARE | 1.57 | 1.57 |
| STATE W/H PA | 3.32 | 3.32 |
| STATE SUI PA | 0.06 | 0.06 |
| TOTAL | 11.65 | 11.65 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
|  | 96.35 | 96.35 |

*Payrolls by Paychex, Inc.*
**0426-T612** TOWNSHIP OF HAVERFORD

## PERSONAL AND CHECK INFORMATION

MICHAEL T MILES
214 ARDMORE AVENUE
ARDMORE, PA 19003

Soc Sec #: XXX-XX-XXXX    Employee ID: 3165
Hire Date: 01/25/17
Status:
Filing Status:
Federal: Married, 1
State: PA, Married, 1
Br/Dept: 410/800

Pay Period: 01/11/19 to 01/24/19
Check Date: 01/24/19    Check #: 626667

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 273.02 | 369.37 |
| Net Pay | 273.02 | 369.37 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 8.50 | 36.0000 | 306.00 | 11.50 | 414.00 |
| HOURS WORKED | 8.50 | | | 11.50 | |
| ADJ EARNINGS | | | 306.00 | | 414.00 |
| GROSS EARNINGS | 8.50 | | 306.00 | 11.50 | 414.00 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| OASDI | 18.97 | 25.67 |
| MEDICARE | 4.44 | 6.01 |
| STATE W/H PA | 9.39 | 12.71 |
| STATE SUI PA | 0.18 | 0.24 |
| TOTAL | 32.98 | 44.63 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 273.02 | 369.37 |

*Payrolls by Paychex, Inc.*
**0426-T612** TOWNSHIP OF HAVERFORD

**PERSONAL AND CHECK INFORMATION**
MICHAEL T MILES
214 ARDMORE AVENUE
ARDMORE, PA 19003

Soc Sec #: XXX-XX-XXXX   Employee ID: 3165
Hire Date: 01/25/17
Status:
Filing Status:
Federal: Married, 1
State: PA, Married, 1
Br/Dept: 410/800

Pay Period: 01/25/19 to 02/07/19
Check Date: 02/07/19    Check #: 626752

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 289.07 | 658.44 |
| Net Pay | 289.07 | 658.44 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 9.00 | 36.0000 | 324.00 | 20.50 | 738.00 |
| HOURS WORKED | 9.00 | | | 20.50 | |
| ADJ EARNINGS | | | 324.00 | | 738.00 |
| GROSS EARNINGS | 9.00 | | 324.00 | 20.50 | 738.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| OASDI | 20.09 | 45.76 |
| MEDICARE | 4.70 | 10.71 |
| STATE W/H PA | 9.95 | 22.66 |
| STATE SUI PA | 0.19 | 0.43 |
| TOTAL | 34.93 | 79.56 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 289.07 | 658.44 |

Payrolls by Paychex, Inc.
0426-T612 TOWNSHIP OF HAVERFORD

# Your New Benefit Amount

*Social Security*
*Michael Miles*

**BENEFICIARY'S NAME: MICHAEL T MILES**

Your Social Security benefits will increase by 2.8% in 2019 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

## How Much Will I Get And When?

- Your monthly amount (before deductions) is — **$2,219.50**
- The amount we deduct for Medicare Medical Insurance is — **$135.50**
  (If you did not have Medicare as of November 16, 2018, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare Prescription Drug Plan is — **$35.00**
  (We will notify you if the amount changes in 2019. If you did not elect withholding as of November 1, 2018, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is — **$143.40**
  (If you did not elect voluntary tax withholding as of November 16, 2018, we show $0.00.)
- After we take any other deductions, you will receive — **$1,905.60**
  on or about January 23, 2019.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. Or visit *www.ssa.gov/non-medical/appeal* to appeal online. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

## What If I Have Questions?

- Visit our website at *www.socialsecurity.gov*
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**)
- Contact your nearest Social Security office

1700 Markley Street
Suite 120
NORRISTOWN PA 19401

## Other Help For Seniors

Call the Eldercare Locator service of the U.S. Administration on Aging at **1-800-677-1116** or visit *www.eldercare.acl.gov* to learn about a wide variety of services that may be helpful to you.

**TOWNSHIP OF LOWER MERION**
MONTGOMERY COUNTY



*DEPARTMENT OF HUMAN RESOURCES*

75 E. Lancaster Ave.
Ardmore, PA 19003-2376
Telephone: (610) 645-6120
FAX: (610) 649-5659

December 3, 2018

*Pension Statmnt Michael Miles*

Michael Miles
214 Ardmore Ave
Ardmore, PA 19003-1201

Dear Michael:

In accordance with the Employee Retirement Plan of the Township of Lower Merion, a participant currently receiving a monthly pension benefit shall receive an annual cost of living adjustment (COLA) each January after retirement. The COLA shall be based on the percentage increase / decrease in the Consumer Price Index – Urban Wage Earners and Clerical Workers (CPI-W) for Philadelphia for the 12-month period ending on August 31st preceding the January 1st effective date of the adjustment. The maximum annual cost of living adjustment for any year can be up or down by as much as three percent (3%), but in no event shall the cost of living adjustment reduce a Participant's monthly benefit below their first monthly benefit amount.

The CPI for Philadelphia for the 12-month period ending on August 31st was +1.5%. Therefore, below is your monthly pension amount for 2019 with the +1.5% increase:

| **2018 Pension** | **Increase** | **2019 Pension** |
|---|---|---|
| $1,322.57 | 1.5% | $1,342.41 |

If you have any questions, please contact the Human Resources Department (610) 645-6120. Best wishes for Happy Holidays!

Sincerely,

*Beth Lilick*

Beth Lilick
Director of Human Resources

# Your New Benefit Amount

*[handwritten: Social Security / Karen Miles]*

**BENEFICIARY'S NAME: KAREN MILES**

Your Social Security benefits will increase by 2.8% in 2019 because of a rise in the cost of living. You can use this letter ~~as proof of your~~ benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

## How Much Will I Get And When?

- Your monthly amount (before deductions) is — $1,645.50
- The amount we deduct for Medicare Medical Insurance is — $135.50
  (If you did not have Medicare as of November 16, 2018, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare Prescription Drug Plan is — $35.00
  (We will notify you if the amount changes in 2019. If you did not elect withholding as of November 1, 2018, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is — $147.50
  (If you did not elect voluntary tax withholding as of November 16, 2018, we show $0.00.)
- After we take any other deductions, you will receive — **$1,327.50**

on or about January 16, 2019.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. Or visit *www.ssa.gov/non-medical/appeal* to appeal online. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

## What If I Have Questions?

- Visit our website at *www.socialsecurity.gov*
- Call us toll-free at **1-800-772-1213 (TTY 1-800-325-0778)**
- Contact your nearest Social Security office

1700 Markley Street
Suite 120
NORRISTOWN PA 19401

## Other Help For Seniors

Call the Eldercare Locator service of the U.S. Administration on Aging at **1-800-677-1116** or visit *www.eldercare.acl.gov* to learn about a wide variety of services that may be helpful to you.

**TOWNSHIP OF LOWER MERION**
MONTGOMERY COUNTY



*DEPARTMENT OF HUMAN RESOURCES*

75 E. Lancaster Ave.
Ardmore, PA 19003-2376
Telephone: (610) 645-6120
FAX: (610) 649-5659

December 3, 2018

*Pension Statement
Karen M.Ly* (handwritten)

Karen Miles
214 Ardmore Ave
Ardmore, PA 19003

Dear Karen:

In accordance with the Employee Retirement Plan of the Township of Lower Merion, a participant currently receiving a monthly pension benefit shall receive an annual cost of living adjustment (COLA) each January after retirement. The COLA shall be based on the percentage increase / decrease in the Consumer Price Index – Urban Wage Earners and Clerical Workers (CPI-W) for Philadelphia for the 12-month period ending on August 31st preceding the January 1st effective date of the adjustment. The maximum annual cost of living adjustment for any year can be up or down by as much as three percent (3%), but in no event shall the cost of living adjustment reduce a Participant's monthly benefit below their first monthly benefit amount.

The CPI for Philadelphia for the 12-month period ending on August 31st was +1.5%. Therefore, below is your monthly pension amount for 2019 with the +1.5% increase:

| 2018 Pension | Increase | 2019 Pension |
|---|---|---|
| $1,931.55 | 1.5% | $1,960.52 |

If you have any questions, please contact the Human Resources Department (610) 645-6120. Best wishes for Happy Holidays!

Sincerely,

*Beth Lilick*

Beth Lilick
Director of Human Resources