# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen D. Miles<br>Michael T. Miles<br>aka Michael T. Miles, Sr.<br><br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 19-11163 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Embrace Home Loans, Inc. and index same on the master mailing list.

                                    Respectfully submitted,
                                    **/s/ Rebecca A. Solarz, Esq**
                                    Rebecca A Solarz, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322