United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael T. Miles  
Karen D. Miles  
       Debtors

Case No. 19-11163-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Apr 07, 2020  
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.  
14320858     #+Embrace Home Loans, Inc.,    c/o RoundPoint Mortgage Servicing Corp.,    5016 Parkway Plaza Blvd,Buildings 6&8,    Charlotte, NC 28217-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:

         CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Embrace HomeLoans, Inc. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
         DANIEL P. JONES    on behalf of Creditor    Embrace HomeLoans, Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com  
         DAVID B. SPITOFSKY    on behalf of Joint Debtor Karen D. Miles spitofskybk@verizon.net, spitofskylaw@verizon.net  
         DAVID B. SPITOFSKY    on behalf of Debtor Michael T. Miles spitofskybk@verizon.net, spitofskylaw@verizon.net  
         REBECCA ANN SOLARZ    on behalf of Creditor    Embrace HomeLoans, Inc. bkgroup@kmllawgroup.com  
         STEPHEN M HLADIK    on behalf of Creditor    Embrace Home Loans, Inc. c/o Rushmore Loan Management Services, LLC shladik@hoflawgroup.com, pfranz@hoflawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                             TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-11163-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Michael T. Miles<br>214 Ardmore Avenue<br>Ardmore PA 19003 | Karen D. Miles<br>214 Ardmore Avenue<br>Ardmore PA 19003 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/07/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 23: Embrace Home Loans, Inc., c/o RoundPoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd,Buildings 6&8, Charlotte, NC 28217 | Embrace Home Loans, Inc.<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/09/20

Tim McGrath
**CLERK OF THE COURT**