IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL T. MILES a/k/a MICHAEL T. MILES, SR. and KAREN D. MILES | : : | CASE NO.: 19-11163 |
| Debtor. | : | |

==============================================================

| | | |
|---|---|---|
| TRUIST FINANCIAL CORPORATION F/K/A BRANCH BANKING & TRUST CO, successor by merger to Susquehanna Bank, Movant, | : : : | DATE OF HEARING TIME OF HEARING PLACE OF HEARING |
| | : | January 26, 2022 |
| vs. | : : : | 10:00 a.m.. U.S. Bankruptcy Court Courtroom No. 1 |
| MICHAEL T. MILES a/k/a MICHAEL T. MILES, SR. and KAREN D. MILES and KENNETH E. WEST, Chapter 13 Trustee | : : : : | 900 Market Street, Suite 400 Philadelphia, PA 19107 |
| Respondents. | : | |

## ORDER OF COURT

AND NOW, upon consideration of the Motion for Relief from the Automatic Stay and Waiver of the 14-Day Stay Period filed by Truist Financial Corp. ("Truist"), it is hereby **ORDERED** that the automatic stay is **MODIFIED** and the 14-Day-Stay Period is waived to permit Truist to exercise its *in rem* rights under applicable nonbankruptcy law with respect to the Vehicle known and numbered as a 2008 Holiday Rambler with a Vehicle Identification Number of 1RF3B326X82048429 ("Vehicle"),

**Order entered by default.**

Date: 1/25/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**