United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 19-11163-elf

Michael T. Miles                                                                            Chapter 13

Karen D. Miles

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Jan 25, 2022                   Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael T. Miles, Karen D. Miles, 214 Ardmore Avenue, Ardmore, PA 19003-1201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Embrace Home Loans  Inc. c/o Rushmore Loan Management Services, LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Embrace HomeLoans  Inc. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Embrace HomeLoans  Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Michael T. Miles spitofskybk@verizon.net  spitofskylaw@verizon.net |
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Karen D. Miles spitofskybk@verizon.net  spitofskylaw@verizon.net |

District/off: 0313-2                     User: admin                          Page 2 of 2

Date Rcvd: Jan 25, 2022                   Form ID: pdf900                     Total Noticed: 1

KARINA VELTER
                    on behalf of Creditor Embrace Home Loans  Inc. c/o Rushmore Loan Management Services, LLC kvelter@hoflawgroup.com,
                    ckohn@hoflawgroup.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

KIMBERLY A. BONNER
                    on behalf of Creditor Truist Finacial Corporation f/k/a Branch Banking &Trust Co. kab@jsdc.com  jnr@jsdc.com

REBECCA ANN SOLARZ
                    on behalf of Creditor Embrace HomeLoans  Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEPHEN M HLADIK
                    on behalf of Creditor Embrace Home Loans  Inc. c/o Rushmore Loan Management Services, LLC shladik@hoflawgroup.com,
                    ckohn@hoflawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL T. MILES a/k/a MICHAEL T. | : | CASE NO.: 19-11163 |
| MILES, SR. and KAREN D. MILES | : | |
| Debtor. | : | |

===============================================================

| | | |
|---|---|---|
| TRUIST FINANCIAL CORPORATION | | |
| F/K/A BRANCH BANKING & TRUST CO, | | DATE OF HEARING |
| successor by merger to Susquehanna Bank, | : | TIME OF HEARING |
| Movant, | : | PLACE OF HEARING |
| | : | January 26, 2022 |
| vs. | : | 10:00 a.m.. |
| | : | U.S. Bankruptcy Court |
| | : | Courtroom No. 1 |
| MICHAEL T. MILES a/k/a MICHAEL T. | : | 900 Market Street, Suite 400 |
| MILES, SR. and KAREN D. MILES | : | Philadelphia, PA 19107 |
| and KENNETH E. WEST, Chapter 13 | : | |
| Trustee | : | |
| Respondents. | : | |

## ORDER OF COURT

AND NOW, upon consideration of the Motion for Relief from the Automatic Stay and

Waiver of the 14-Day Stay Period filed by Truist Financial Corp. ("Truist"), it is hereby

**ORDERED** that the automatic stay is **MODIFIED**  and the 14-Day-Stay Period is waived to

permit Truist to exercise its *in rem* rights under applicable nonbankruptcy law with

respect to the Vehicle known and numbered as a 2008 Holiday Rambler with a Vehicle

Identification Number of 1RF3B326X82048429 ("Vehicle"),

**Order entered by default.**

Date:  1/25/22

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**