**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH**
**VITAL RECORDS**

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY BY PHOTOSTAT OR PHOTOGRAPH

## Certification of Death

State File Number: 387452-2021

Disposition Permit Number:

Decedent's Legal Name: Michael H. Miles Sr.

Date of Death: June 11, 2021

Sex: Male

Age: 70 Years
Date of Birth: September 25, 1950
Birthplace: Bryn Mawr, Pennsylvania
Ever in US Armed Forces: Yes
Marital Status at Time of Death: Married

Residence Address: 214 Ardmore Avenue Lower Merion Township, Pennsylvania 19003
Surviving Spouse's Name: Karen Diane Morris
Residence County: Montgomery

Father / Parent's Name: Raymond H Miles Sr
Mother / Parent's Name: Elsie Louise Washington

Informant's Name: Karen Miles
Informant's Relationship to Decedent: Spouse

Place of Death: Hospital-Inpatient
City or Town, State, and Zip Code: Bryn Mawr, Pennsylvania 19010
Bryn Mawr Hospital
County of Death: Montgomery

Method of Disposition: Cremation
Place of Disposition: R.A. Ferris and Co.

Location of Disposition: West Chester, Pennsylvania
Date of Disposition: June 14, 2021
Time of Death: 10:44 AM

Name and Address of Funeral Facility: DeBaptiste Funeral Homes Inc (West Chester)
25 S Worthington Street West Chester, Pennsylvania 19380
Funeral Director: Lillian L DeBaptiste (Electronically Signed)

**PART I. Cause of Death:**
Immediate Cause: a. [illegible]
Approximate Interval Onset to Death: 5 days
b. [illegible] — 5 days
c. <<>>
d. <<>>

**PART II. Other Significant Conditions Contributing to Death:**
non small cell lung cancer

Was an Autopsy Performed? No
Were Autopsy Findings Available to Complete Cause of Death? Unrecorded

Date of Injury:
Time of Injury:
Place of Injury:
Injury at Work:
Location of Injury:
Describe How Injury Occurred:
If Transportation Injury, Specify:

Did Tobacco Use Contribute to Death? Probably
Pregnant at Time of Death: Not Applicable
Manner of Death: Natural

Hispanic Origin: Not Spanish/Hispanic/Latino
Education: High School graduate or GED completed
Decedent's Race: Black or African American

Usual Occupation: Foreman
Kind of Business/Industry: Lower Merion Township

Certifier's Name: Claudia Antonietta Ulmer Plata MD (Electronically Signed)
Address: 130 S Bryn Mawr Ave 2nd Fl E Wing Bryn Mawr, Pennsylvania 19010
Date Certified: June 11, 2021

Registrar's Name/District Number: Maryanne Atterton (Electronically Signed)   15-164

Date Filed: June 15, 2021

This is to certify that this is a true copy of the record which is on file at the Pennsylvania Department of Health in accordance with the Vital Statistics Law of 1953 as amended.

Audrey C. Marcocci
State Registrar

0006235673

DETACH HERE    TEAR AT THIS PERFORATION    DETACH HERE

WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER
DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK

DEBAPTISTE FUNERAL HOMES INC (WEST CHESTER)    Order Number: 20210619563
25 S WORTHINGTON STREET
WEST CHESTER, PENNSYLVANIA 19380