# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 07/26/22 |
| | : | | Time: 1:00 p.m. |
| MICHAEL T. MILES | : | | Place: Courtroom #1 |
| KAREN D. MILES | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTORS | : | NO. 19-11163 (ELF) | Phila., PA 19107 |

## CERTIFICATE OF SERVICE

    I, David B. Spitofsky, Esquire, hereby certify that on June 15, 2022 I caused a true and correct copy of the attached Motion to Waive Requirement of Completion of a Course in Personal Financial Management and to Excuse Completion of a Domestic Support Obligation Certification for Debtor Michael T. Miles and Notice of Motion to be served via First Class Mail, postage pre-paid, or electronically, upon the Debtor, all secured, priority and general unsecured creditors per the addresses provided on their Proofs of Claim, those parties listed on the Clerk's Service List, and on the following parties:

Frederic J. Baker, Esquire
Office of U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No.: (610) 272-4555
Fax No.: (610) 272-2961
Email: spitofskylaw@verizon.net
Counsel for Debtors