# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL T. MILES | : | |
| KAREN D. MILES | : | |
| | : | |
| DEBTORS | : | NO. 19-11163 (ELF) |

## CERTIFICATION OF NO RESPONSE

    I, David B. Spitofsky, Esquire, counsel for debtors, hereby certify that of this 30th day of June, 2022, there has been no response or answer regarding the Motion to Waive the Requirement of Completion of a Course in Personal Financial Management and to Excuse Completion of Domestic Support Obligation Certification for Debtor Michael T. Miles pursuant to the Notice of Motion, Response Deadline and Hearing Date, dated and served June 15, 2022. It is respectfully requested that said Motion to Waive the Requirement of Completion of a Course in Personal Financial Management and to Excuse Completion of Domestic Support Obligation Certification for Debtor Michael T. Miles be presented to the Honorable Eric L. Frank as UNCONTESTED.

    I certify under penalty of perjury that the foregoing is true and correct.


Dated: June 30, 2022

                                                         /s/ David B. Spitofsky, Esquire
                                                         David B. Spitofsky, Esquire
                                                         516 Swede Street
                                                         Norristown, PA 19401
                                                         Phone No.: (610) 272-4555
                                                         Fax No.: (610) 272-2961
                                                         Email: spitofskylaw@verizon.net
                                                         Counsel for debtors