United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11163-elf
Michael T. Miles                                                          Chapter 13
Karen D. Miles
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                              Page 1 of 2
Date Rcvd: Jul 15, 2022                      Form ID: 138FIN                      Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael T. Miles, Karen D. Miles, 214 Ardmore Avenue, Ardmore, PA 19003-1201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 15 2022 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 15 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Embrace Home Loans  Inc. c/o Rushmore Loan Management Services, LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |

CHRISTOPHER M. MCMONAGLE
on behalf of Creditor Embrace HomeLoans  Inc. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

DANIEL P. JONES
on behalf of Creditor Embrace HomeLoans  Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com

DAVID B. SPITOFSKY
on behalf of Debtor Michael T. Miles spitofskybk@verizon.net
spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

DAVID B. SPITOFSKY
on behalf of Joint Debtor Karen D. Miles spitofskybk@verizon.net
spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

KARINA VELTER
on behalf of Creditor Embrace Home Loans  Inc. c/o Rushmore Loan Management Services, LLC kvelter@hoflawgroup.com,
ckohn@hoflawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KIMBERLY A. BONNER
on behalf of Creditor Truist Finacial Corporation f/k/a Branch Banking &Trust Co. kab@jsdc.com  jnr@jsdc.com

REBECCA ANN SOLARZ
on behalf of Creditor Embrace HomeLoans  Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEPHEN M HLADIK
on behalf of Creditor Embrace Home Loans  Inc. c/o Rushmore Loan Management Services, LLC shladik@hoflawgroup.com,
ckohn@hoflawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Michael T. Miles and Karen D. Miles

             Debtor(s)                            Case No: 19−11163−elf

                                              Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/15/22

50 − 49
Form 138FIN
