## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 07/26/22 |
| | : | | Time: 1:00 p.m. |
| MICHAEL T. MILES | : | | Place: Courtroom #1 |
| KAREN D. MILES | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTORS | : | NO. 19-11163 (ELF) | Phila., PA 19107 |

### ORDER

**AND NOW**, this 27th day of July, 2022, upon consideration of counsel's Motion to Waive the Requirement of Completion of a Course in Personal Financial Management for Debtor Michael T. Miles and to Excuse Debtor Michael T. Miles from Completing the Domestic Support Obligation Certification, it is hereby

**ORDERED** that the Motion is **GRANTED** and that the requirement of completion of a Course in Personal Financial Management for the late Michael T. Miles is waived and that Michael T. Miles is excused from completing the Domestic Support Obligation Certification and this case can now be considered for a discharge and for such other relief as is necessary.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**