United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11163-elf |
| Michael T. Miles | Chapter 13 |
| Karen D. Miles | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 28, 2022 | Form ID: 138OBJ | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael T. Miles, Karen D. Miles, 214 Ardmore Avenue, Ardmore, PA 19003-1201 |
| 14278870 | | BB&T, 227 West Nash Street, Wilson, NC 27893 |
| 14278876 | ++ | CREDIT CORP SOLUTIONS INC, 121 W ELECTION RD, SANDY UT 84020-7766 address filed with court:, Credit Corp Solutions Inc., 180 Election Road, Suite 200, Draper, UT 84020 |
| 14278874 | | Citibank CBNA/Sunoco, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14278864 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14284854 | + | Embrace Home Loans, Inc., c/o Christopher M. McMonagle, Esq., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14365683 | + | Embrace Home Loans, Inc., c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14278893 | + | Trident Asset Management, 53 Perimeter Center East, Suite 440, Atlanta, GA 30346-2230 |
| 14303706 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |
| 14278896 | + | Weltman, Weinberg & Reis Co., L.P.A., 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 28 2022 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14278868 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Jul 28 2022 23:52:00 | Alliance One Rec. Mgt, Inc., 4850 Street Road, Level C, Trevose, PA 19053-6600 |
| 14278869 | | Email/PDF: bncnotices@becket-lee.com | Jul 29 2022 00:03:50 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14295471 | | Email/PDF: bncnotices@becket-lee.com | Jul 28 2022 23:53:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14294661 | + | Email/Text: bankruptcy@bbandt.com | Jul 28 2022 23:52:00 | BB&T Bankruptcy Section, 100-50-01-51, PO BOX 1847, Wilson, NC 27894-1847 |
| 14278876 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jul 28 2022 23:52:00 | Credit Corp Solutions Inc., 180 Election Road, Suite 200, Draper, UT 84020 |
| 14289036 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 28 2022 23:52:55 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14278871 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2022 23:53:03 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |

Case 19-11163-elf    Doc 56    Filed 07/30/22    Entered 07/31/22 00:27:25    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: 138OBJ | Total Noticed: 52 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14296119 | | Email/PDF: bncnotices@becket-lee.com | Jul 29 2022 00:04:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14302124 | + | Email/Text: RASEBN@raslg.com | Jul 28 2022 23:52:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14278873 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2022 00:04:03 | Citibank CBNA/ExxonMobil, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14318949 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2022 00:04:03 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14278875 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2022 23:52:00 | Comenity Bank/Brylane Home, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14278877 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 28 2022 23:53:04 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14492044 | + | Email/Text: bkenotice@rushmorelm.com | Jul 28 2022 23:52:00 | Embrace Home Loans, Inc., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14278878 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 29 2022 00:03:48 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14278867 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jul 28 2022 23:52:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14278879 | + | Email/Text: Banko@frontlineas.com | Jul 28 2022 23:52:00 | Frontline Asset Strategies, 2700 Snelling Avenue North, Suite 250, Roseville, MN 55113-1783 |
| 14278872 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2022 23:53:03 | Chase Bank USA, NA, P.O. Box 15298, Wilmington, DE 19850 |
| 14286289 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2022 00:03:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14278880 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2022 00:04:03 | LVNV Funding, LLC, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14278884 | | Email/Text: compliance@monarchrm.com | Jul 28 2022 23:52:00 | Monarch Recovery Management, 10965 Decatur Road, Philadelphia, PA 19154 |
| 14278882 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2022 23:52:00 | Midland Funding LLC, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14278881 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2022 23:52:00 | Midland Funding LLC, c/o Midland Credit Management, P.O. Box 51319, Los Angeles, CA 90051-5619 |
| 14300446 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2022 23:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14278883 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2022 23:52:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14278885 | + | Email/Text: NCI_bankonotify@ncirm.com | Jul 28 2022 23:52:00 | Nationwide Credit, Inc., P.O. Box 14581, Des Moines, IA 50306-3581 |
| 14279990 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 29 2022 00:03:48 | Orion, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14279423 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 29 2022 00:03:48 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14278886 | + | Email/Text: bankruptcynotices@psecu.com | Jul 28 2022 23:52:00 | PA State Employees Credit Union, 1500 Elmerton Avenue, Harrisburg, PA 17110-2990 |
| 14278888 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2022 23:52:55 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14278887 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2022 23:53:03 | Portfolio Recovery Associates, P.O. Box 12914, |

Case 19-11163-elf   Doc 56   Filed 07/30/22   Entered 07/31/22 00:27:25   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: 138OBJ | Total Noticed: 52 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk, VA 23541 |
| 14308679 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2022 00:03:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14288353 | + | Email/Text: bankruptcynotices@psecu.com | Jul 28 2022 23:52:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14293991 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 28 2022 23:52:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14284010 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2022 23:52:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14278889 | + | Email/Text: ngisupport@radiusgs.com | Jul 28 2022 23:52:00 | Radius Global Solutions LLC, 500 North Franklin Turnpike, Suite 200, Ramsey, NJ 07446-1160 |
| 14278891 | + | Email/Text: bankruptcy@sccompanies.com | Jul 28 2022 23:52:00 | Swiss Colony, 1515 S. 21st Street, Clinton, IA 52732-6676 |
| 14321604 | + | Email/Text: bncmail@w-legal.com | Jul 28 2022 23:52:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14278892 | + | Email/Text: bncmail@w-legal.com | Jul 28 2022 23:52:00 | TD Bank USA/Target, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 14278894 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 28 2022 23:52:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Springs, MO 63304-2225 |
| 14278895 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 29 2022 00:04:03 | Wells Fargo Dealer Services, P.O. Box 1697, Winterville, NC 28590-1697 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14278866 | *+ | Karen D. Miles, 214 Ardmore Avenue, Ardmore, PA 19003-1201 |
| 14278865 | *+ | Michael T. Miles, 214 Ardmore Avenue, Ardmore, PA 19003-1201 |
| 14300826 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14469953 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14320858 | ##+ | Embrace Home Loans, Inc., c/o RoundPoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd,Buildings 6&8, Charlotte, NC 28217-1932 |
| 14278890 | ##+ | Roundpoint Mortgage Servicing Corp., 5032 Parkway Plaza, Charlotte, NC 28217-1918 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2022         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Embrace Home Loans Inc. c/o Rushmore Loan Management Services, LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Embrace HomeLoans Inc. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Embrace HomeLoans Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Karen D. Miles spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Michael T. Miles spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KARINA VELTER | on behalf of Creditor Embrace Home Loans Inc. c/o Rushmore Loan Management Services, LLC kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KIMBERLY A. BONNER | on behalf of Creditor Truist Finacial Corporation f/k/a Branch Banking &Trust Co. kab@jsdc.com jnr@jsdc.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Embrace HomeLoans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEPHEN M HLADIK | on behalf of Creditor Embrace Home Loans Inc. c/o Rushmore Loan Management Services, LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael T. Miles and Karen D. Miles

    Debtor(s)

Case No: 19−11163−elf

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/28/22

54 − 38
Form 138OBJ